## Dunham, Appellant, v. McMichael.

Argued Jan. 31, 1906.   Appeal No. 364, Jan. T., 1905, by plaintiff, from order of C. P. Montgomery Co., Oct. T., 1904, No. 108, quashing writ of capias in case of Catharine B. T. Dunham v. E. Winnie McMichael.   Before MITCHELL, C. J., BROWN, MESTREZAT, POTTER and STEWART, JJ.   Appeal dismissed.

N. H. Larzelere, with him T. Foster Thomas, for appellant.

Montgomery Evans, with him John M. Dettra and M. J. O'Callaghan, for appellee.

PER CURIAM, March 19, 1906:

The judgment upon which the questions in this appeal arise, having been reversed in Dunham v. McMichael, ante, p. 485, the appeal itself has no longer any importance, and it is accordingly dismissed.